# EXHIBIT "C"

# FRANKLIN, GRINGER & COHEN, P.C.

GLENN J. FRANKLIN
MARTIN GRINGER
STEVEN ELLIOT COHEN
JOSHUA A. MARCUS*
MICHAEL S. MOSSCROP

BRIAN G. KLEIN*
JASMINE Y. PATEL*
*ADMITTED IN NY AND NJ

ATTORNEYS AT LAW

666 OLD COUNTRY ROAD, SUITE 202
GARDEN CITY, NEW YORK 11530-2013
TELEPHONE (516) 228-3131 • FAX (516) 228-3136
NEW YORK CITY TELEPHONE (212) 725-3131 • FAX (212) 725-3268

KEN SUTAK
OF COUNSEL

NEW YORK CITY OFFICE
150 EAST 58TH ST., 27TH FL.
NEW YORK, NY 10155
DIRECT ALL CORRESPONDENCE
TO GARDEN CITY OFFICE

September 21, 2017

**VIA ECF**
The Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

Re: Robert Lee Wiggins v. The Garden City Golf Club *et al.*
Index No. 2:17-cv-04270 (LDW)(ARL)

Dear Judge Wexler:

We represent Defendant the Garden City Golf Club in the above-referenced matter. Enclosed is a signed Stipulation adjourning Defendants the Garden City Golf Club and George Ouellette's time to respond to the Amended Complaint from September 25, 2017 until October 11, 2017, which is 20 days from when the Plaintiff filed and served the Amended Complaint upon Defendants. Plaintiff has agreed to the extension and no prior requests for an extension to respond to the Amended Complaint have been made.

We respectfully request that the enclosed Stipulation be so-ordered. We thank Your Honor in advance for your consideration.

Very truly yours,

FRANKLIN, GRINGER & COHEN, P.C.

Jasmine Patel

Enclosure
cc: Neil Frank, Esq. via ECF
    Elizabeth Gorman, Esq. via ECF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT LEE WIGGINS,

                          Plaintiff,                   **STIPULATION**

v.
                                                     2:17-cv-04270
                                                     (LDW)(ARL)

THE GARDEN CITY GOLF CLUB
a/k/a GARDEN CITY MEN'S CLUB
d/b/a GARDEN CITY GC, and
GEORGE OUELLETTE

                          Defendants.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, counsel for the Plaintiff and counsel for Defendants THE GARDEN CITY GOLF CLUB a/k/a GARDEN CITY MEN'S CLUB d/b/a GARDEN CITY GC and GEORGE OUELLETTE that Defendants' time to appear, answer, move or otherwise plead with respect to the Amended Complaint herein be extended from September 25, 2017 until October 11, 2017, which is 20 days from when Plaintiff filed the Amended Complaint.

A copy of this stipulation shall be deemed to be as valid as the original.

FRANK & ASSOCIATES, P.C.

*/s/ Neil M. Frank*

Neil M. Frank, Esq.
500 Bi-County Boulevard, Suite 465
Farmingdale, New York 11735
Nfrank@laborlaws.com
T: (631) 756-0400
*Attorneys for Plaintiff*

FRANKLIN, GRINGER & COHEN, P.C.

*/s/ Jasmine Patel*

Jasmine Patel, Esq.
666 Old Country Road, Suite 202
Garden City, New York 11530
Jpatel@franklingringer.com
T: (516) 228-3131
*Attorneys for Defendant Garden City Golf Club*

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

*[signature]*

Elizabeth R. Gorman, Esq.
1000 Woodbury Road, Suite 402
Woodbury, NY 11797
Egorman@milbermakris.com
T: (516) 870-1145
*Attorneys for Defendant* George Ouellette

**SO ORDERED:**

_____
U.S.D.J.