AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Robert Lee Wiggins<br>*Plaintiff*<br>v.<br>Garden City Golf Club et. al.<br>*Defendant, Third-party plaintiff*<br>v.<br>Ronnie Conyers<br>*Third-party defendant* | Civil Action No. 2:17-cv-4270 [LDW-ARL] |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Ronnie Conyers
2312 Greenland Ave.,
Charlotte, NC 28208-5134

A lawsuit has been filed against defendant __Garden City GC, et. al.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Robert Lee Wiggins__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Elizabeth R. Gorman, Milber Makris Plousadis & Seiden, LLP, 1000 Woodbury Rd., Suite 402, Woodbury, NY 11797; Jasmine Y. Patel, Franklin Gringer & Cohen, P.C., 666 Old Country Rd., Suite 202, Garden City, NY 11530

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Neil M. Frank, Frank & Associates, P.C., 500 Bi-County Boulevard, Suite 465, Farmingdale, NY 11735

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   09/25/2017

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:17-cv-4270 [LDW-ARL]

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ronnie Conyers
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: