UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
**ROBERT LEE WIGGINS,**

                            **Plaintiff,**

   **-against-**

**THE GARDEN CITY GOLF CLUB a/k/a
GARDEN CITY MEN'S CLUB d/b/a
GARDEN CITY GC, and GEORGE
OUELLETTE,**

                          **Defendants.**
-------------------------------------------------------------X

**17-cv-4270**

**RULE 7.1 STATEMENT**

     I, Jasmine Patel, an associate of the law firm Franklin, Gringer & Cohen, P.C., counsel for Defendant, THE GARDEN CITY GOLF CLUB a/k/a GARDEN CITY MEN'S CLUB d/b/a GARDEN CITY GC (hereinafter the "Garden City Golf Club"), having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1:

     1.     Defendant Garden City Golf Club is a privately-owned, non-for-profit corporation there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

Dated:  Garden City, New York
           October 9, 2017

                                    Yours, etc.

                                    FRANKLIN, GRINGER & COHEN, P.C.

                                    **/s/  Jasmine Patel**
                                    By: Jasmine Patel
                                    *Attorneys for Defendant Garden City Golf Club*
                                    666 Old Country Road, Suite 202
                                    Garden City, New York 11530

Telephone: (516) 228-3131
Fax: (516) 228-3136
jpatel@franklingringer.com

cc:   Niel Frank, Esq., *Attorney for Plaintiff*, via ECF