# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

**LISA FRANZINO**, sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at Nassau County, New York.

That on the 3rd day of October, 2017, deponent served the within **THIRD-PARTY SUMMONS AND THIRD-PARTY COMPLAINT** upon:

Neil M. Frank, Esq.
FRANK & ASSOCIATES, P.C.
Attorneys for Plaintiff
500 Bi-County Blvd., Suite 465
Farmingdale, New York 11735
(631) 756-0400
nfrank@laborlaws.com
bbodansky@laborlaws.com

Jasmine Y. Patel, Esq.
FRANKLIN, GRINGER & COHEN, P.C.
Attorneys for Defendant
*The Garden City Golf Club a/k/a*
*Garden City Men's Club d/b/a*
*Garden City GC*
666 Old Country Road, Suite 202
Garden City, New York 11530-2013
(516) 228-3131

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
**LISA FRANZINO**

Sworn to before me this
3rd day of October, 2017

_____
**NOTARY PUBLIC**

ANNE M. AMATULLI
Notary Public, State of New York
No. 01AM4713126
Qualified in Nassau County
Commission Expires Sept. 30, 2018